## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| **KAREEM OMARI SAMUEL** | : |
| | :  BANKRUPTCY NO. **16-14994 MDC** |
| Debtor (s) | |

### **P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 6/8/2017 At 09:30 A.M. before the Hon. Magdeline D. Coleman.

                                                Respectfully submitted,

Date: May 11, 2017                      /s/William C. Miller, Esquire
                                                William C. Miller, Esquire
                                                Chapter 13 Standing Trustee
                                                P.O. Box 1299
                                                Philadelphia, PA  19105