United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-14994-mdc
Kareem Omari Samuel                                                        Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 2          Date Rcvd: May 12, 2017
                             Form ID: 152             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2017.
db           +Kareem Omari Samuel,    314 Lagrange Avenue,    Essington, PA 19029-1306
13759858    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court:  Capital One Bank Usa N,    15000 Capital One Dr,
              Richmond, VA 23238)
13759859     +Comcast,    PO Box 3002,    Southeastern, PA 19398-3002
13759860     +Delaware Title Loans,    115 Naamans Road,    Claymont, DE 19703-2713
13759861     +Peco,    PO Box 13439,    Philadelphia, PA 19101-3439
13788392     +Philadelphia Municipal Court,    Traffic Court,    800 Spring Garden Street,
              Philadelphia PA 19123,    Honorable Gary Glazer 19123-2690
13759864     +Philadelphia Traffic Court,    800 Spring Garden Street,    Philadelphia, PA 19123-2690
13759866     +SNAP RTO LLC,    PO BOX 26561,    Salt Lake City UT 84126-0561
13759867     +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
13863658     +The Bank of New York Mellon FKA The Bank of New Yo,    c/o DENISE ELIZABETH CARLON,
              KML Law Group, P.C.,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13830381     +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13759868     +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
13759869     +Xerox Soluti,    Pob 41818,    Philadelphia, PA 19101-1818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov May 13 2017 01:03:59    City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 13 2017 01:03:01
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 13 2017 01:03:38    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13759857     +E-mail/Text: bankruptcy@acacceptance.com May 13 2017 01:03:17    American Credit Accept,
              961 E Main St,    Spartanburg, SC 29302-2185
13802693     +E-mail/Text: bnc@atlasacq.com May 13 2017 01:02:22    Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
13806350     +E-mail/Text: bknotices@clacorp.com May 13 2017 01:04:22    Delaware Title Loans, Inc.,
              c/o Legal Department,    8601 Dunwoody Place Ste. 406,    Atlanta, Georgia 30350-2550
13795737     +E-mail/Text: bankruptcygroup@peco-energy.com May 13 2017 01:02:30    PECO Energy Company,
              Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13794705     +E-mail/Text: equiles@philapark.org May 13 2017 01:04:28    Philadelphia Parking Authority,
              701 Market St. Suite 5400,    Philadelphia, PA 19106-2895
13759862     +E-mail/Text: equiles@philapark.org May 13 2017 01:04:28    Philadelphia Parking Authority,
              3101 Market Street,    Philadelphia, PA 19104-2806
13759863     +E-mail/Text: equiles@philapark.org May 13 2017 01:04:28    Philadelphia Parking Authority,
              PO BOX 41819,    Philadelphia, PA 19101-1819
13759865     +E-mail/Text: bkdepartment@rtresolutions.com May 13 2017 01:03:27    Real Time Resolutions,
              1349 Empire Central Dr S,    Dallas, TX 75247-4029
13772041      E-mail/Text: bkdepartment@rtresolutions.com May 13 2017 01:03:27
              Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
              Dallas, Texas 75247-4029
                                                                                          TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13839144*    +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
13909349*    +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
                                                                          TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017                               Signature:  /s/Joseph Speetjens

District/off: 0313-2          User: ChrissyW          Page 2 of 2          Date Rcvd: May 12, 2017
                             Form ID: 152             Total Noticed: 25

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2017 at the address(es) listed below:
          DENISE ELIZABETH CARLON    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
          York as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
          2006-18 bkgroup@kmllawgroup.com
          GEORGETTE  MILLER   on behalf of Debtor Kareem Omari Samuel info@georgettemillerlaw.com,
          georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
          rlaw.com;r50524@notify.bestcase.com
          GEORGETTE  MILLER   on behalf of Plaintiff Kareem Omari Samuel info@georgettemillerlaw.com,
          georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
          rlaw.com;r50524@notify.bestcase.com
          JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
          philaecf@gmail.com
          THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York as
          Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-18
          tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                    TOTAL: 7

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Kareem Omari Samuel

      Debtor(s)                                             Case No: 16–14994–mdc

                                                                Chapter: 13

_____

### NOTICE OF RESCHEDULED HEARING


To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the
Honorable Magdeline D. Coleman

, United States Bankruptcy Court 6/8/17 at 09:30 AM , in Courtroom #2, 900 Market Street,
Philadelphia, PA 19107




                                                     For The Court

                                                     Timothy B. McGrath
                                                     Clerk of Court