**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Kareem Samuel | : | CHAPTER 13 |
| | : | |
| | : | |
| DEBTOR(S) | : | CASE NO. 16-14994 |

**CERTIFICATION OF NO RESPONSE**

      I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on <u>June 19,2018</u>, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

      I respectfully request that the Court enter the attached Order.


Dated: <u>July 9, 2018</u>　　　　　　　　　　　　　　/s/ Georgette Miller
　　　　　　　　　　　　　　　　　　　　　　　Georgette Miller

　　　　　　　　　　　　　　　　　　　　　　　Law Offices of Georgette Miller Esq., P.C
　　　　　　　　　　　　　　　　　　　　　　　335 Evesham Avenue
　　　　　　　　　　　　　　　　　　　　　　　Lawnside, NJ 08045
　　　　　　　　　　　　　　　　　　　　　　　856-323-1100
　　　　　　　　　　　　　　　　　　　　　　　Bar I.D. 86358
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor