## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Kareem Samuel | : CHAPTER 13 |
| | : |
| Debtor(s), | : CASE NO. 16-14994 |

### CERTIFICATION OF NO RESPONSE

I, the undersigned, certify that, having served or caused to be served, a copy of the Supplemental Fee Application on <u>July 3, 2018,</u> as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Supplemental Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.


Dated: July 23, 2018                                     <u>/s/ Georgette Miller</u>
                                                        Georgette Miller

                                                        Law Offices of Georgette Miller
                                                        Esq., P.C
                                                        335 Evesham Avenue
                                                        Lawnside, NJ 08045
                                                        856-323-1100
                                                        Bar I.D. 86358