**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     Kareem Omari Samuel, | : | |
| Debtor. | : | Bankruptcy No. 16-14994-MDC |

# O R D E R

**AND NOW**, Georgette Miller, Esquire (the "Applicant"), counsel to Kareem Omari Samuel (the "Debtor"), filed a Supplemental Application for Compensation and Reimbursement of Expenses dated July 3, 2018 (the "Supplemental Application").[1]

**AND**, pursuant to the Supplemental Application, the Applicant requests the allowance of compensation in the amount of $1,969.00 and the reimbursement of expenses in the amount $31.00 (the "Supplemental Fees").

**AND**, the Applicant filed a certification that proper service of the Supplemental Application has been made on all interested parties.

**AND**, the Applicant filed a Certification of No Response dated July 22, 2018.

**AND**, the Applicant was previously awarded compensation in the amount of $6,550.00 and the reimbursement of expenses in the amount $600.00 pursuant to this Court's Order dated July 9, 2018.[2]

**AND**, pursuant to the Debtor's Sixth Amended Chapter 13 Plan filed on January 24, 2018 (the "Plan"),[3] and approved by this Court pursuant to an Order dated January 25, 2018.[4]

**AND**, the Plan provides for payment of attorneys' fees in the total amount of $7,000.00.

---

[1] Bankr. Docket No. 81.

[2] Bankr. Docket No. 83.

[3] Bankr. Docket No. 60.

[4] Bankr. Docket No. 64.

It is hereby **ORDERED** that:

1. A hearing shall be held on **September 20, 2018, at 11:30 a.m.**, in **Bankruptcy Courtroom No. 2, U.S. Bankruptcy Court, 900 Market Street, Philadelphia, PA** (the "Show-Cause Hearing"), to consider whether sufficient funds are available to fund payment of the Supplemental Fees through the Debtor's Sixth Amended Plan.

2. At the Show-Cause Hearing, the Applicant shall have the written retainer agreement with the Debtors available for review by the court and parties in interest.

3. The Applicant may appear telephonically, *see* L.B.R. 9076-1, if arrangements are made to provide the Court with a copy of the written retainer agreement in advance of the hearing.

Dated: August 14, 2018

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Georgette Miller, Esquire
Law Office of Georgette Miller Esq. PC
335 Evesham Avenue
Lawnside, NJ 08045

Jacqueline M. Chandler, Esquire
Office of the Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA 19106

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107