United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-14994-mdc
Kareem Omari Samuel                                                 Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 1          Date Rcvd: Aug 14, 2018
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2018.
db              +Kareem Omari Samuel,    314 Lagrange Avenue,    Essington, PA 19029-1306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2018 at the address(es) listed below:
          DENISE ELIZABETH CARLON    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
          York as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
          2006-18 bkgroup@kmllawgroup.com
          GEORGETTE  MILLER    on behalf of Plaintiff Kareem Omari Samuel info@georgettemillerlaw.com,
          georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
          rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com
          GEORGETTE  MILLER    on behalf of Debtor Kareem Omari Samuel info@georgettemillerlaw.com,
          georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
          rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com
          JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
          KEVIN G. MCDONALD    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York
          as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
          2006-18 bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York as
          Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-18
          tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                    TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                    :   Chapter 13

      Kareem Omari Samuel,                      :

          Debtor.                     :   Bankruptcy No. 16-14994-MDC

# <u>O R D E R</u>

    **AND NOW**, Georgette Miller, Esquire (the "Applicant"), counsel to Kareem Omari Samuel (the

"Debtor"), filed a Supplemental Application for Compensation and Reimbursement of Expenses dated

July 3, 2018 (the "Supplemental Application").[1]

    **AND**, pursuant to the Supplemental Application, the Applicant requests the allowance of

compensation in the amount of $1,969.00 and the reimbursement of expenses in the amount $31.00 (the

"Supplemental Fees").

    **AND**, the Applicant filed a certification that proper service of the Supplemental Application has

been made on all interested parties.

    **AND**, the Applicant filed a Certification of No Response dated July 22, 2018.

    **AND**, the Applicant was previously awarded compensation in the amount of $6,550.00 and the

reimbursement of expenses in the amount $600.00 pursuant to this Court's Order dated July 9, 2018.[2]

    **AND**, pursuant to the Debtor's Sixth Amended Chapter 13 Plan filed on January 24, 2018 (the

"Plan"),[3] and approved by this Court pursuant to an Order dated January 25, 2018.[4]

    **AND**, the Plan provides for payment of attorneys' fees in the total amount of $7,000.00.

---

[1] Bankr. Docket No. 81.

[2] Bankr. Docket No. 83

[3] Bankr. Docket No. 60.

[4] Bankr. Docket No. 64.

It is hereby **ORDERED** that:

1.      A hearing shall be held on **September 20, 2018, at 11:30 a.m.**, in **Bankruptcy Courtroom No. 2, U.S. Bankruptcy Court, 900 Market Street, Philadelphia, PA** (the "Show-Cause Hearing"), to consider whether sufficient funds are available to fund payment of the Supplemental Fees through the Debtor's Sixth Amended Plan.

2.      At the Show-Cause Hearing, the Applicant shall have the written retainer agreement with the Debtors available for review by the court and parties in interest.

3.      The Applicant may appear telephonically, *see* L.B.R. 9076-1, if arrangements are made to provide the Court with a copy of the written retainer agreement in advance of the hearing.

Dated:  August 14, 2018

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Georgette Miller, Esquire
Law Office of Georgette Miller Esq. PC
335 Evesham Avenue
Lawnside, NJ 08045

Jacqueline M. Chandler, Esquire
Office of the Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA 19106

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

2