```
Case 16-14994-mdc   Doc 102   Filed 09/28/19   Entered 09/29/19 00:47:46   Desc
                    Imaged Certificate of Notice   Page 1 of 3
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania

In re:                                                          Case No. 16-14994-mdc
Kareem Omari Samuel                                             Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Sep 26, 2019
                              Form ID: pdf900          Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2019.
db             +Kareem Omari Samuel,    314 Lagrange Avenue,    Essington, PA 19029-1306
cr              LCS Financial Services Corporation,    6768 South Potomac St., Suite 100,
                 Centennial, CO 80112
cr             +Specialized Loan Servicing LLC,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
cr             +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
13759860       +Delaware Title Loans,    115 Naamans Road,    Claymont, DE 19703-2713
13992911       +Ocwen Loan Servicing, LLC,    c/o LCS Financial Services Corporation,
                 6782 S. Potomac St., Suite 100,    Centennial, CO 80112-4585
13788392       +Philadelphia Municipal Court,    Traffic Court,    800 Spring Garden Street,
                 Philadelphia PA 19123,    Honorable Gary Glazer 19123-2690
13759864       +Philadelphia Traffic Court,    800 Spring Garden Street,    Philadelphia, PA 19123-2690
13759866       +SNAP RTO LLC,    PO BOX 26561,    Salt Lake City, UT 84126-0561
13759867       +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
13863658       +The Bank of New York Mellon FKA The Bank of New Yo,    c/o DENISE ELIZABETH CARLON,
                 KML Law Group, P.C.,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13830381       +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13759869       +Xerox Soluti,    Pob 41818,    Philadelphia, PA 19101-1818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: bncnotice@ph13trustee.com Sep 27 2019 03:07:51     WILLIAM C. MILLER,
                 Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg             E-mail/Text: megan.harper@phila.gov Sep 27 2019 03:07:42     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 27 2019 03:07:19
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 27 2019 03:07:33     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13759857       +E-mail/Text: bankruptcy@acacceptance.com Sep 27 2019 03:07:23     American Credit Accept,
                 961 E Main St,    Spartanburg, SC 29302-2185
13802693       +E-mail/Text: bnc@atlasacq.com Sep 27 2019 03:07:00     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
13759858        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 27 2019 03:13:57
                 Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
13759859       +E-mail/Text: documentfiling@lciinc.com Sep 27 2019 03:07:00     Comcast,    PO Box 3002,
                 Southeastern, PA 19398-3002
13806350       +E-mail/Text: bknotices@clacorp.com Sep 27 2019 03:07:48     Delaware Title Loans, Inc.,
                 c/o Legal Department,    8601 Dunwoody Place Ste. 406,    Atlanta, Georgia 30350-2550
14055054        E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 27 2019 03:07:29     JEFFERSON CAPITAL SYSTEMS LLC,
                 PO Box 7999,    St Cloud MN 56302
13795737       +E-mail/Text: bankruptcygroup@peco-energy.com Sep 27 2019 03:07:06     PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13759861       +E-mail/Text: bankruptcygroup@peco-energy.com Sep 27 2019 03:07:06     Peco,    PO Box 13439,
                 Philadelphia, PA 19101-3439
13794705       +E-mail/Text: bankruptcy@philapark.org Sep 27 2019 03:07:50     Philadelphia Parking Authority,
                 701 Market St. Suite 5400,    Philadelphia, PA 19106-2895
13759862       +E-mail/Text: bankruptcy@philapark.org Sep 27 2019 03:07:50     Philadelphia Parking Authority,
                 3101 Market Street,    Philadelphia, PA 19104-2806
13759863       +E-mail/Text: bankruptcy@philapark.org Sep 27 2019 03:07:51     Philadelphia Parking Authority,
                 PO BOX 41819,    Philadelphia, PA 19101-1819
13759865       +E-mail/Text: bkdepartment@rtresolutions.com Sep 27 2019 03:07:28     Real Time Resolutions,
                 1349 Empire Central Dr S,    Dallas, TX 75247-4029
13772041        E-mail/Text: bkdepartment@rtresolutions.com Sep 27 2019 03:07:28
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
13759868       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 27 2019 03:06:59
                 Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
cr*           ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems LLC,    PO Box 7999,
                 St Cloud, MN  56302-9617)
cr*            +THE BANK OF NEW YORK MELLON,    14841 Dallas Pkwy Suite 425,    Dallas, TX 75254-8067
13839144*      +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
13909349*      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14110404*      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                  Date Rcvd: Sep 26, 2019
                              Form ID: pdf900              Total Noticed: 32

                ***** BYPASSED RECIPIENTS (continued) *****
13934975*      +The Bank of New York Mellon, Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
                                                                                 TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2019 at the address(es) listed below:

```
              DENISE ELIZABETH CARLON    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
               York as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2006-18 bkgroup@kmllawgroup.com
              GEORGETTE   MILLER    on behalf of Debtor Kareem Omari Samuel info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              GEORGETTE   MILLER    on behalf of Plaintiff Kareem Omari Samuel info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York
               as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2006-18 bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York as
               Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-18
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 8
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Chapter 13

Kareem Omari Samuel
        Debtor        Bankruptcy No. 16-14994-    MDC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this _26Th_ day of _September_, 201_9_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_Magdeline D. Coleman_
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:

Debtor: